IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW E. DAVIS,                    )
                                     )
                    Petitioner,      )
                                     )
        v.                           )        Case No. 24-3074-JWL
                                     )
KEVIN PAYNE, Commandant,             )
United States Disciplinary Barracks, )
                                     )
                    Respondent.      )
                                     )
_____)

## <u>MEMORANDUM AND ORDER</u>

Petitioner Matthew Davis, a military prisoner at the United States Disciplinary Barracks in Leavenworth, Kansas, has filed *pro se* a petition for habeas corpus relief under 28 U.S.C. § 2241, by which he challenges his convictions by a court martial. On May 20, 2024, the Court issued an Order to Show Cause, by which it set a deadline of June 19, 2024, for respondent's answer to the petition. Petitioner has now filed a motion for a default judgment (Doc. # 9). The Court **denies** the motion. On June 12, 2024, the Court granted respondent's motion for an extension of time, for good cause shown, and it set a new deadline of August 5, 2024, for respondent's answer to the petition. Accordingly, respondent's answer is not yet due, and there is no basis for a default judgment.[1]

---

[1]  In addition, petitioner's motion notes the original June 19 deadline, but it states that it was mailed on June 17, 2024. Thus, petitioner had no basis at that time for his statement that respondent's deadline had expired.

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner's motion for a default judgment (Doc. # 9) is hereby **denied**.

IT IS SO ORDERED.

Dated this 24th day of June, 2024, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge